FILED

2026 OCT ~~29~~ 30 AM 8:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ________

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>Ramandeep Singh<br><br>DEFENDANT(S). | CASE NUMBER MJ 26-06303<br><br>26-7462-JCB<br><br>**DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the ~~Southern~~ District of ~~California~~ MA on 10/28/2026
at 10:30 ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about ________
in violation of Title 21 U.S.C., Section(s) ~~841(a)(1),(b)(1)(A),(b)(1)~~ 846
to wit: ________

A warrant for defendant's arrest was issued by: Hon. Jennifer C. Boal

Bond of $ ________ was ☐ set / ☑ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/28/26
Date

[signature]
Signature of Agent

Rory Mitchell
Print Name of Agent

DEA
Agency

Special Agent
Title